UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEREMIAH FITZPATRICK YOUNG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MAINE DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, et al., )<br>)<br>Defendants. ) | Civil No. 05-30-B-W |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 14, 2005 her Recommended Decision. The Plaintiff filed his objection to the Recommended Decision on June 20, 2005 and the Defendants filed their response to those objections on June 30, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Defendants' Motion to Dismiss is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.

                                        UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2005.